BRYAN SCHRODER
United States Attorney

CHRISTINA SHERMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christina.sherman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br>TAPUOTAOTA SUAESI MATAAFA,<br><br>      Defendant. | No. 3:19-cr-00147-SLG-DMS<br><br><u>COUNT 1</u>:<br>ROBBERY AFFECTING<br>INTERSTATE COMMERCE<br> Vio. of 18 U.S.C. § 1951(a)<br><br><u>COUNT 2</u>:<br>AIDING AND ABETTING<br>CARRYING, BRANDISHING, AND<br>DISCHARGE OF A FIREARM<br>DURING AND IN RELATION TO A<br>CRIME OF VIOLENCE<br> Vio. of 18 U.S.C. §§ 924(c)(1)(A)(i),<br>(ii), (iii) and 2 |

I N D I C T M E N T

The Grand Jury charges that:

//

//

## COUNT 1

On or about April 25, 2018, within the District of Alaska, the defendant, TAPUOTAOTA SUAESI MATAAFA, did knowingly and intentionally obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by robbery, as that term is defined in 18 U.S.C. § 1951(b)(1), to wit: defendant robbed Cash America Pawn, an inherently commercial enterprise located at 229 W. Fireweed, Anchorage, Alaska, which is in the business of selling firearms manufactured outside of the state of Alaska, among other items, and the defendant did aid and abet said robbery.

All of which is in violation of 18 U.S.C. §§ 1951(a), and 2.

## COUNT 2

On or about April 25, 2018, within the District of Alaska, the defendant, TAPUOTAOTA SUAESI MATAAFA, did aid and abet the knowing and intentional carrying, brandishing, and discharge of a firearm in furtherance of a crime of violence, namely, the robbery of Cash America Pawn, as charged in Count 1.

//
//
//
//
//
//
//
//
//

All of which is in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), (ii), (iii) and 2.

A TRUE BILL.

                                                                 s/ Grand Jury Foreperson
                                                                 GRAND JURY FOREPERSON

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America


s/ Bryan Schroder
BRYAN SCHRODER
United States Attorney
United States of America


DATE: December 18, 2019